791 A.2d 215

IN THE MATTER OF KENNETH S. DOBIS,
AN ATTORNEY AT LAW.

March 8, 2002.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–252, concluding that **KENNETH S. DOBIS** of **FORKED RIVER,** who was admitted to the bar of this State in 1979, should be reprimanded on the basis of his criminal conviction of violation of 16 *U.S.C.A.* § 3372(a)(2), (importing protected wildlife without a permit) a misdemeanor, said conviction constituting clear and convincing evidence of violation of *RPC* 8.4(b) (commission of a criminal act that reflects adversely on his honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **KENNETH S. DOBIS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.